UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No:  6:22-cv-1252-RBD-EJK

PEDRO PABLO BARRIENTOS,

    Defendant.
_____

## ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte*. Plaintiff filed its Complaint on July 18, 2022 (Doc. 1), and it appears service was executed on Defendant on July 22, 2022. (Doc. 9).  No response has been timely filed by Defendant, and Plaintiff has not applied for entry of a clerk's default pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10(b).

Accordingly, it is **ORDERED AND ADJUDGED** that by **Monday, May 22, 2023**, Plaintiff is **ORDERED TO SHOW CAUSE** by written response why the Complaint should not be dismissed for failure to prosecute. *See* Local Rule 3.10. Failure to respond to this Order may result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 9,

2023.



ROY B. DALTON JR.
United States District Judge